ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 2:20 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00060-CV

# IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/22/2025 2:20:39 PM
CHRISTOPHER A. PRINE
Clerk

**Marvin Glenn Berry, and Bonnie Berry as successor in interest to Dennis Wayne Berry, *Appellants,***

**v.**

**Albert Theodore Powers and Allied Ports, LLC, *Appellees.***

## APPELLANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

**LAW OFFICE OF
AUDREY MULLERT VICKNAIR**
Audrey Mullert Vicknair
State Bar No. 14650500
555 N. Carancahua St., Ste. 1400
Corpus Christi, Texas 78401
(361) 884-5400; (361) 884-5401 fax
avicknair@vicknairlaw.com
**LAW OFFICES OF DOUGLAS ALLISON**
Douglas A. Allison
State Bar No. 01083500
403 N. Tancahua St.
Corpus Christi, Texas 78401
(361) 888-6002; (361) 888-6651
doug@dallisonlaw.com
***Counsel for Appellants***

**HENKE & WILLIAMS**
Charlie Henke
State Bar No. 00784254
2929 Allen Parkway, Suite 3900
Houston, Texas 77019
chenke@henkelawfirm.com
***Counsel for Marvin Glenn Berry***
**JACKSON WALKER, LLP**
Joel R. Glover
State Bar No. 24087593
jglover@jw.com
Sarah Patel Pacheco
State Bar No. 00788164
efile-spacheco@jw.com
Richard A. Howell
State Bar No. 24056674
rahowell@jw.com
Austin K. Yancy
State Bar No. 24110558
ayancy@jw.com
J. Davis LaBarre
State Bar No. 24131442
dlabarre@jw.com
**JACKSON WALKER, LLP**
1401 McKinney St., Suite 1900
Houston, Texas 77010
***Counsel for Bonnie Berry***

To the Honorable Fifteenth Court of Appeals:

Appellants Marvin Glenn Berry and Bonnie Berry file this Second Unopposed Motion for Extension of Time to File Appellants' Brief, seeking eight additional days to July 30, 2025, and for cause would show:

Appellants' brief is due July 22, 2025, on a 15-day extension.

Appellants seek an extension of eight (8) days, to July 30, 2025

The basis for the request is that the undersigned, who is lead appellate counsel for Appellants and responsible for drafting the brief, has been suffering from illnesses that have prevented her from working on the document. While a draft has been started, an extension of time is necessary to complete the brief.

Counsel for Appellees have graciously stated that they are unopposed to this request.

## PRAYER

Wherefore, Appellants pray the Court to grant this motion and extend the time for filing their brief to July 30, 2025. Appellants pray for all other relief to which they are entitled.

2

Respectfully submitted,

LAW OFFICE OF AUDREY MULLERT VICKNAIR
State Bar No. 14650500
Audrey Mullert Vicknair
555 N. Carancahua St., Ste. 1400
Corpus Christi, Texas 78401
(361) 884-5400; (361) 884-5401 fax
avicknair@vicknairlaw.com

LAW OFFICES OF DOUGLAS ALLISON
Douglas A. Allison
State Bar No. 01083500
403 N. Tancahua St.
Corpus Christi, Texas 78401
(361) 888-6002; (361) 888-6651
doug@dallisonlaw.com

*Counsel for Appellants*

HENKE & WILLIAMS
Charlie Henke
State Bar No. 00784254
2929 Allen Parkway, Suite 3900
Houston, Texas 77019
713-940-4500
chenke@henkelawfirm.com

*Counsel for Marvin Glenn Berry*

JACKSON WALKER, LLP
Joel R. Glover
State Bar No. 24087593
jglover@jw.com
Sarah Patel Pacheco
State Bar No. 00788164
efile-spacheco@jw.com
Richard A. Howell
State Bar No. 24056674
rahowell@jw.com

3

Austin K. Yancy
State Bar No. 24110558
ayancy@jw.com
J. Davis LaBarre
State Bar No. 24131442
dlabarre@jw.com
JACKSON WALKER, LLP
1401 McKinney St., Suite 1900
Houston, Texas 77010
(713) 752-4200; (713) 752-4221

*Counsel for Bonnie Berry*

## CERTIFICATE OF CONFERENCE

The undersigned avers that she conferred with counsel for Appellees Powers and Allied, who state they are not opposed to the relief requested in this motion.

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

4

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of July 2025, a true and correct copy of the foregoing Motion was served via e-file Texas on all counsel of record in this appeal.

***Via E-File and E-Service***
Alistair B. Dawson
Jake McClellan
Madeline Gay
Beck Redden
E-mail: adawson@beckredden.com

Roland Garcia
Greenberg Traurig
E-mail: garciar@gtlaw.com

***Counsel for Appellees Powers and Allied Ports***

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 103441021
Filing Code Description: Motion
Filing Description: Second MFET to File Appellants Brief
Status as of 7/22/2025 2:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Jesse Crochet | | jcrochet@beckredden.com | 7/22/2025 2:20:39 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 7/22/2025 2:20:39 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 7/22/2025 2:20:39 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 7/22/2025 2:20:39 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 7/22/2025 2:20:39 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 7/22/2025 2:20:39 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 7/22/2025 2:20:39 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 7/22/2025 2:20:39 PM | SENT |
| Anna Erickson | | aerickson@beckredden.com | 7/22/2025 2:20:39 PM | SENT |
| Charlie Henke | | chenke@henkelawfirm.com | 7/22/2025 2:20:39 PM | SENT |
| Joel Glover | | jglover@jw.com | 7/22/2025 2:20:39 PM | SENT |